BENJAMIN B. WAGNER
United States Attorney
KATHERINE A. PLANTE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-po-00011-SAB |
|---|---|
| Plaintiff, | Citation No. 3430494 |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ALASTAIR M. JOHNS, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss Violation Notice 3430494 issued to Alastair M. Johns on June 23, 2015, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 2, 2016                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                               By:      /s/ Katherine A. Plante
                                        KATHERINE A. PLANTE
                                        Special Assistant U.S. Attorney

<u>O</u> <u>R</u> <u>D</u> <u>E</u> <u>R</u>

IT IS HEREBY ORDERED that Violation Notice 3430494 issued on June 23, 2015 to Alastair M. Johns be dismissed, without prejudice, in the interest of justice. The status conference with respect to Violation Notices 3430491 and 3430492 will go ahead as scheduled on March 3, 2016.

IT IS SO ORDERED.

Dated: __March 2, 2016__

UNITED STATES MAGISTRATE JUDGE