1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ALSTAIR M. JOHNS

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )  Case No.  1:16-PO-00011 SAB
                                        )
12             Plaintiff,               )  STIPULATION TO VACATE TRIAL DATE
                                        )  AND SET CHANGE OF PLEA FOR JULY 21,
13  vs.                                 )  2016, AT 10:00 A.M. ; ORDER
                                        )
14  ALASTAIR M. JOHNS,                  )  Date:  July 21, 2016
                                        )  Time:  10:00 a.m.
15             Defendant.               )  Judge: Hon. Stanley A. Boone
                                        )
16  _____    )

17

18      **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel, Assistant United States Attorney, Michael Tierney, counsel for the plaintiff, and

20  Assistant Federal Defender, Megan T. Hopkins, counsel for defendant Alastair M. Johns, that the

21  trial currently scheduled for July 20, 2016 be vacated *as to Mr. Johns only*, and that this matter

22  be set for a change of plea hearing on July 21, 2016, at 10:00 a.m.  The parties have reached a

23  resolution in this case and a plea agreement has been filed with the Court.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date:  July 13, 2016          */s/ Michael A Tierney*
                              MICHAEL A. TIERNEY
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date:  July 13, 2016          */s/ Megan T. Hopkins*
                              MEGAN T. HOPKINS
                              Assistant Federal Defender
                              Attorney for Defendant
                              Alastair M. Johns


## **O R D E R**


IT IS SO ORDERED.

Dated:   **July 14, 2016**

                              _____
                              UNITED STATES MAGISTRATE JUDGE