## IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-po-00011 SAB |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S STATUS REPORT ON** |
|  | ) **UNSUPERVISED PROBATION** |
| ALASTAIR JOHNS, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Disorderly Conduct, in violation of 36 CFR 2.34(a)

**Sentence Date:** July 21, 2016

**Review Hearing Date:** May 18, 2017

**Probation Expires On:** July 20, 2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $500 fine (inclusive of special assessment)

☒ Payment schedule: $100.00/month beginning in August of 2016

☒ Other Conditions: 12 weeks of Anger Management (File Certificate)

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ *Michael Tierney*

<u>*DEFENDANT'S REQUEST (OPTIONAL):*</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/18/2017 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

DATED: 5/1/2017    */s/ Megan Hopkins*
                                          DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the Review Hearing be vacated.

☐     DENIED.

IT IS SO ORDERED.

Dated: **May 11, 2017**

                                           UNITED STATES MAGISTRATE JUDGE